# Third District Court of Appeal

## State of Florida

Opinion filed January 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2418
Lower Tribunal No. 14-17912
_____

**Reynaldo P. Santana,**
Appellant,

vs.

**Deutsche Bank Trust Company Americas, etc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Martin Zilber, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellant.

McGlinchey Stafford and William L. Grimsley (Jacksonville), and Peter J. Maskow (Fort Lauderdale), for appellee.

Before EMAS, C.J., and FERNANDEZ, and MILLER, JJ.

PER CURIAM.

Affirmed. See Allen v. Wilmington Tr., N.A., 216 So. 3d 685, 688 (Fla. 2d DCA 2017) ("Evidence of a company's routine business practices under section 90.406, Florida Statutes (20[20]), may be sufficient to establish a rebuttable presumption of mailing.") (citation omitted); CitiMortgage, Inc. v. Hoskinson, 200 So. 3d 191, 192 (Fla. 5th DCA 2016) (holding bank had offered sufficient evidence to create a rebuttable presumption that the default letter was mailed as its witness "testified to her personal knowledge of [the bank's] general practice of delivering breach letters to the mail room, where they [were] collected by the postal service"); see also Brown v. Giffen Indus., Inc., 281 So. 2d 897, 900 (Fla. 1973) ("[P]roof of general office practice satisfies the requirement of showing due mailing.") (citation omitted).